*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*JONESBORO DIVISION*

STACIE WILLIAMS, *et al*                                                                  PLAINTIFFS

vs.                                            No.  3:05CV00196 JLH

CONTINENTAL CASUALTY COMPANY, *et al*                                  DEFENDANTS

### ORDER

The ERISA Scheduling Order entered in this matter on September 14, 2005, directed the stipulated record to be filed within 60 days of the order.  The scheduling order also directed plaintiffs' brief to be filed within 14 days thereafter.  The administrative record was filed on November 14, 2005.  To date plaintiffs have not submitted a brief.

IT IS THEREFORE ORDERED that plaintiffs are directed to file their brief ***no later than TUESDAY, FEBRUARY 14, 2006.***  Defendants' brief will remain due 14 days thereafter.

IT IS SO ORDERED this 7th day of February, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE