## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

STACIE WILLIAMS and VALERIE THOMAS                                           PLAINTIFFS

v.                                    NO. 3:05CV00196 JLH

CONTINENTAL CASUALTY COMPANY,
CNA GROUP LIFE ASSURANCE COMPANY and
L.A. DARLING COMPANY                                                          DEFENDANTS

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of defendants. Plaintiffs' complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE